```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

                        Plaintiff,

            v.                                  22-CV-825 (RA)

CALARES INC. d/b/a/ SAM EDELMAN,              ORDER
and 109 SPRING STREET ASSOCIATES
LLC,

                        Defendants.

RONNIE ABRAMS, United States District Judge:

      On February 22, 2022, Plaintiff filed affidavits of service stating that Defendants Calares Inc. d/b/a Sam Edelman and 109 Spring Street Associates LLC were served on February 8, 2022. Defendants' answers were due on March 1, 2022. Defendants have not yet appeared, answered, or otherwise responded to the complaint. Defendants shall do so or seek an extension by May 2, 2022. If Defendants fail to do so, and Plaintiff intends to move for default judgment, she shall do so by May 16, 2022.

      Plaintiff shall serve a copy of this Order on Defendants by April 18, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    April 12, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge